UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**SOUTHERN DIVISION at PIKEVILLE**

| | | |
|---|---|---|
| LINDA JONES,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | ) | Civil Action No.<br>7:14-CV-36-JMH<br><br>**JUDGMENT** |

*** *** ***

In accordance with the Court's Order of even date and entered contemporaneously herewith, **IT IS HEREBY ORDERED:**

(1) that the decision of the Commissioner is **AFFIRMED**;

(2) that this action shall be, and the same hereby is, **DISMISSED** and **STRICKEN FROM THE ACTIVE DOCKET**;

(3) that this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This the 22nd day of September, 2014.

**Signed By:**
***Joseph M. Hood*** JMH
**Senior U.S. District Judge**